The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| DANIEL HOLLIS, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>EXP REALTY, LLC and AARON YOON,<br><br>Defendants. | NO. 2:25-cv-00822-JLR<br><br>ORDER GRANTING UNOPPOSED MOTION REGARDING DEADLINE FOR DEFENDANT EXP REALTY, LLC TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT<br><br>[~~Proposed~~] |

THIS MATTER having come before this Court on Defendant eXp Realty, LLC's Unopposed Motion Regarding Deadline for Defendant eXp Realty, LLC to Answer or Otherwise Respond to Plaintiff's Complaint, the Court

NOW therefore ORDERS:

1. Defendant eXp Realty, LLC's Motion is GRANTED;
2. The deadline to file a responsive pleading under FRCP 12(a) and 81(c)(2) is extended to June 2, 2025.

//
//
//

ORDER GRANTING STIPULATED MOTION REGARDING DEADLINE FOR DEFT TO ANSWER OR RESPOND TO COMPLAINT

Page 1

Ellis | Li | McKinstry
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101-1820
206.682.0565  Fax: 206.625.1052

ENTERED this 8th day of May, 2025.

_____
JUDGE JAMES L. ROBART

Presented by:

ELLIS, LI & McKINSTRY PLLC

By:  *s/Nathaniel L. Taylor*
_____
Nathaniel L. Taylor, WSBA No. 27174
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101-1820
Telephone: (206) 682-0565
Fax: (206) 625-1052
Email: ntaylor@elmlaw.com

McGUIRE WOODS LLP
Amy Starinieri Gilbert (pro hac vice)
77 West Wacker Drive, Suite 4100
Chicago, Illinois 60601-1818
Telephone: (312) 849-8288
Email: agilbert@mcguirewoods.com

*Attorneys for Defendant
eXp Realty, LLC*