Hon. James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DANIEL HOLLIS, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EXP REALTY, LLC and AARON YOON,<br><br>Defendants. | No. 2:25 cv 00822 JLR<br><br>**PROPOSED** ~~PROPOSED~~<br>ORDER GRANTING MOTION BY COUNSEL FOR LEAVE TO WITHDRAW |

Andrew D. Shafer, and Andrew D. Shafer PS, having filed a motion for leave to withdraw as counsel for Defendant Yoon, and the court finding good cause to grant the motion,

IT IS HEREBY ORDERED that the motion of Andrew D. Shafer and Andrew D. Shafer, PS is GRANTED.

Dated this 19th day of December 2025.

_[signature]_
Honorable James L. Robart

ORDER GRANTING DEFENSE COUNSEL'S
MOTION FOR LEAVE TO WITHDRAW - 1

[2:25 cv 00822 JLR]

ANDREW D. SHAFER, P.S.
50 – 116ᵀᴴ STREET SE
BELLEVUE, WA 98004
(206) 382-2600 FAX: (206) 223-3929

1

Presented by:

2

ANDREW D. SHAFER, P.S.

3

 *s/ Andrew D. Shafer*

4 Andrew D. Shafer, WSBA No. 9405
Attorney for Defendant Aaron Yoon

5 50- 116th Ave SE; Suite 201
Bellevue, WA  98004

6 206.382-2600; Cellular: 206.799-5128
e-mail: ashafer@sksp.com

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23 ORDER GRANTING DEFENSE COUNSEL'S
MOTION FOR LEAVE TO WITHDRAW - 2

[2:25 cv 00822 JLR]

ANDREW D. SHAFER, P.S.
50 – 116TH STREET SE
BELLEVUE, WA 98004
(206) 382-2600 FAX: (206) 223-3929

**CERTIFICATE OF DELIVERY**

I certify pursuant to 28 U.S.C. §1746 that a true, correct and complete copy of the foregoing **Defense Counsel Motion for Leave to Withdraw and Proposed Order Granting Leave to Withdraw** was filed with the above court through its ECF system and a copy was electronically delivered to counsel for the parties of record as follows:

*Counsel for Plaintiff:*

| | |
|---|---|
| Cassandra P Miller | cmiller@straussborrelli.com |
| Samuel J Strauss | sam@straussborrelli.com |
| Walter M Smith | walter@smithdietrich.com |

*Counsel for Defendant eXp Realty, LLC:*

| | |
|---|---|
| Amy Starinieri Gilbert | agilbert@mcguirewoods.com |
| Nathaniel L Taylor | ntaylor@elmlaw.com |
| Jason Sykes | Jason@newmanlaw.com |

Dated at Bellevue, Washington:    December 18, 2025.

                                      */s/ Andrew D. Shafer*
                                       Andrew D. Shafer, WSBA # 9405

ORDER GRANTING DEFENSE COUNSEL'S MOTION FOR LEAVE TO WITHDRAW - 3

ANDREW D. SHAFER, P.S.
50 – 116TH STREET SE
BELLEVUE, WA 98004
(206) 382-2600 FAX: (206) 223-3929

[2:25 cv 00822 JLR]